UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN C. WALCOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:18-cv-00988-JPH-MPB |
| ) | |
| ANDREW M. SAUL Commissioner of the ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge Matthew Brookman has entered a Report and Recommendation recommending that the Court affirm the ALJ's opinion. Dkt. 18. The parties have had the opportunity to object but have not done so. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). The Court has considered and now **ADOPTS** the Report and Recommendation. Dkt. [18]. The ALJ's opinion is **AFFIRMED**. Final judgment will issue by separate entry

**SO ORDERED**.

Date: 6/13/2019

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Catherine L. Gibbons
SOCIAL SECURITY ADMINISTRATION
catherine.gibbons@ssa.gov

Charles D. Hankey
charleshankey@hankeylawoffice.com

1

Kathryn E. Olivier
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
kathryn.olivier@usdoj.gov